IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00680-RTG
(**The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may delay the consideration of your claims.**)

MARCUS EFRAIN CASTRO PU,

      Petitioner,

v.

PAM BONDI, Attorney General of the United States,
KRISTI NOEM, Secretary U.S. Department of Homeland Security,
TODD M. LYONS, Acring Director, U.S. Immigration and Customs Enforcement (ICE);
FIELD OFFICE DIRECTOR, Field Office Director, ICE Enforcement and Removal
      Operations (ECF), Denver Field Office;
WARDEN/FACILITY ADMINISTRATOR, Denver Contract Detention Facility,
ALL OTHER PERSONS HAVING CUSTODY OF PETITIONER,

      Respondents.

---

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

      Petitioner Marcus Efrain Castro Pu is detained at the Denver Contract Detention

Facility in Aurora, Colorado. On February 19, 2026, Petitioner filed *pro se* a Petition for

Writ of Habeas Corpus Under Title 28 U.S.C. § 2241. (ECF No. 1).[1] Accordingly, this

habeas corpus action was opened.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds

the submitted filing deficient, and required filings not submitted, as described in this

---

1 "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific
filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

order. Therefore, Petitioner is directed to cure the following to pursue any claims in this

action. Any papers that Petitioner files in response to this order must be labeled with the

civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X  is not submitted
(2)  __  is missing affidavit
(3)  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __  is missing certificate showing current balance in prison account
(5)  __  is missing required financial information
(6)  __  is missing authorization to calculate and disburse filing fee payments
(7)  __  is missing an original signature by the prisoner
(8)  __  is not on proper form (must use the court's current form)
(9)  __  names in caption do not match names in caption of complaint, petition or habeas application
(10)  X  other: Section 1915 motion and affidavit are only necessary if $5.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(11)  __  is not submitted
(12)  X  is not on proper form (must use the District of Colorado's current § 2241 habeas corpus application)
(13)  __  is missing an original signature by the prisoner
(14)  __  is missing page nos.
(15)  __  uses et al. instead of listing all parties in caption
(16)  __  names in caption do not match names in text
(17)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)  __  other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within thirty

(30) days from the date of this order. Any papers that Petitioner files in response to this

order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Petitioner shall obtain and utilize the appropriate

District of Colorado forms: (1) an Application for a Writ of Habeas Corpus Pursuant to

2

28 U.S.C. § 2241, and (2) either pay the $5.00 filing fee or submit a form Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas

Corpus Action. These forms, along with the applicable instructions, can be found (with

the assistance of a case manager or the facility's legal assistant) at

www.cod.uscourts.gov. It is

      FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies

within thirty (30) days from the date of this order, the action will be dismissed without

further notice. The dismissal shall be without prejudice.

      DATED February 20, 2026.

                  BY THE COURT:

                  _____

                  Richard T. Gurley
                  United States Magistrate Judge