IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00680-RTG

MARCUS EFRAIN CASTRO PU,

     Petitioner,

v.

PAM BONDI, Attorney General of the United States,
KRISTI NOEM, Secretary U.S. Department of Homeland Security,
TODD M. LYONS, Acring Director, U.S. Immigration and Customs Enforcement (ICE);
FIELD OFFICE DIRECTOR, Field Office Director, ICE Enforcement and Removal
                 Operations (ECF), Denver Field Office;
WARDEN/FACILITY ADMINISTRATOR, Denver Contract Detention Facility,
ALL OTHER PERSONS HAVING CUSTODY OF PETITIONER,

     Respondents.

---

## <u>SECOND</u> ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES

---

Petitioner Marcus Efrain Castro Pu is detained at the Denver Contract Detention Facility in Aurora, Colorado. On February 19, 2026, Petitioner filed *pro se* a Petition for Writ of Habeas Corpus Under Title 28 U.S.C. § 2241. (ECF No. 1).[1]  He paid the filing fee.  (*Id.*).  On February 20, 2026, the Court issued an order directing Petitioner to file a petition on the court-approved form.  (ECF No. 3).  On March 16, 2026, Petitioner filed a petition which is not on the court-approved form.  (ECF No. 4).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court finds

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.

the submitted filing deficient as described in this order. Therefore, Petitioner is directed to cure the following to pursue any claims in this action. Any papers that Petitioner files in response to this order must be labeled with the civil action number provided on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form (must use the court's current form)
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) ___ other:

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) _X_ is not on proper form (must use the District of Colorado's current § 2241 habeas corpus application)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos.
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Petitioner files in response to this order must include the civil action number provided at the top of this order. It is

FURTHER ORDERED that Petitioner shall obtain and utilize the appropriate

District of Colorado form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The form, along with the applicable instructions, can be found (with the assistance of a case manager or the facility's legal assistant) at www.cod.uscourts.gov. It is

FURTHER ORDERED that the Clerk of Court is **directed** to mail one copy of the court-approved Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 form to Petitioner for his use.  It is

FURTHER ORDERED that, if Petitioner fails to cure all designated deficiencies within thirty (30) days from the date of this order, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED March 30, 2026.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge